IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-481-D

| | |
|---|---|
| PAMELA MELVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF VETERANS AFFAIRS, et al., ) | |
| ) | |
| Defendants. ) | |

On October 9, 2018, plaintiff filed a complaint in this court [D.E. 1]. On October 9, 2018, th clerk issued plaintiff's civil summonses [D.E. 4]. On October 16, 2018, the case was reassigned to the undersigned [D.E. 6]. On February 1, 2019, plaintiff filed a motion to extend time to effect service [D.E. 8]. On February 6, 2019, the court ordered the clerk to reissue summonses, extended time for plaintiff to effect service of process until March 8, 2019, and stated that no further extensions would be granted [D.E. 9]. On March 8, 2019, plaintiff filed a notice and moved for dismissal without prejudice if the court dismisses the action. See [D.E. 11].

Plaintiff has failed to serve the summons and complaint on defendants. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court DISMISSES plaintiff's case without prejudice. See Fed. R. Civ. P. 4(m).

SO ORDERED. This 1 day of May 2019.

JAMES C. DEVER III
United States District Judge