UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PAMELA MELVIN,                        )
                                      )
            Plaintiff,                )
                                      )         **JUDGMENT IN A**
                                      )         **CIVIL CASE**
v.                                    )         **CASE NO. 5:18-cv-481-D**
                                      )
UNITED STATES DEPARTMENT OF           )
VETERANS AFFAIRS, SHARON C. WILSON,   )
and ARCHIE MCLAUGHLIN,                )
                                      )
            Defendants.               )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff has failed to serve the summons and complaint on defendants. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court DISMISSES plaintiff's case without prejudice.

**This Judgment Filed and Entered on May 1, 2019, and Copies To:**

Pamela Melvin                         (Sent to 4949 Fieldcrest Dr. Fayetteville, NC 28303 via US Mail)

DATE:                                 PETER A. MOORE, JR., CLERK
May 1, 2019                           (By) /s/ Nicole Sellers
                                           Deputy Clerk